UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| RICKEY JAMERSON, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:06CV01123 RWS |
| ) | |
| ELAINE L. CHAO,, ) | |
| Secretary of Labor, U.S. Dept. of Labor, ) | |
| ) | |
| Defendant(s). ) | |

## MEMORANDUM AND ORDER

This matter is before me on Plaintiff Rickey Jamerson's Motion for Summary Judgment [#18]. Jamerson's Motion does not comply with the requirements set out in Local Rule 7 - 4.01(E). I will therefore deny Jamerson's Motion for Summary Judgment without prejudice.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment [#18] is **DENIED without prejudice.**

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 15th day of November, 2007.